# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

GLENN HAROLD MEDLEY, Jr.,  )
          )
  Plaintiff,     )
          )
v.          )  Case No.  2:18-cv-00964-KOB-GMB
          )
JEFFERSON DUNN, et al.,   )
          )
  Defendants.    )

## MEMORANDUM OPINION

The magistrate judge filed a report on August 16, 2019, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  (Doc. 23).  The magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days.  The plaintiff responded by submitting a "Motion to Amend and/or Correct." (Doc. 24). The motion fails to identify any specific dispute with the report's findings of fact or recommendations, but merely seeks to "clarify" the complaint by amending the claims for relief. (*See Id.* at 4).  However, the additional allegations in the proposed amendment do not demonstrate that the defendants were deliberately indifferent to the plaintiff's safety and would do nothing to change the outcome of the report and recommendation.  Accordingly,

the court DENIES as MOOT the motion to amend (doc. 24) and OVERRULES any objections contained in it.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections/response thereto, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. In accordance with 28 U.S.C. § 1915A(b)(1), this court finds this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A court will enter a separate Final Order.

DONE and ORDERED this 18th day of September, 2019.

**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE